**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MILAGRO HOLDINGS, LLC, *et al.*, | Case No. 15-11520 (KG) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 17, 2015 AT 10:00 A.M. (ET)**

**PETITIONS**

1.  Voluntary Chapter 11 Petition Packages:

    a.  Milagro Holdings, LLC, Case No. 15-11520

    b.  Milagro Oil & Gas, Inc., Case No. 15-11521

    c.  Milagro Exploration, LLC, Case No. 15-11522

    d.  Milagro Producing, LLC, Case No. 15-11523

    e.  Milagro Mid-Continent, LLC, Case No. 15-11524

    f.  Milagro Resources, LLC, Case No. 15-11525

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

2.  Declaration of Scott W. Winn in Support of Chapter 11 Petitions and First Day Relief [Docket No. 3, 7/15/15]

**MATTERS GOING FORWARD**

3.  Debtors' Motion for Entry of an Order Directing Joint Administration of the Debtors' Related Chapter 11 Cases [Docket No. 2, 7/15/15]

    Status:  This matter will be going forward.

4.  Debtors' Application for an Order Authorizing the Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 4, 7/15/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

Status:  This matter will be going forward.

5. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and (B) Maintain Existing Bank Accounts and Check Stock, (II) Granting an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (III) Authorizing the Debtors to Continue Intercompany Transactions and Granting Administrative Expense Status to Intercompany Claims [Docket No. 5, 7/15/15]

    Status:  This matter will be going forward.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 6, 7/15/15]

    Status:  This matter will be going forward on an interim basis.

7. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Liability, Property and Other Insurance Programs and (B) Pay Certain Obligations in Respect Thereof and (II) Authorizing and Directing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 7, 7/15/15]

    Status:  This matter will be going forward.

8. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Pre-Petition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 8, 7/15/15]

    Status:  This matter will be going forward.

9. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Amounts Attributable to Certain Pre-Petition (A) Wages, Salaries and Other Compensation; (B) Reimbursable Employee Expenses; and (C) Employee Benefits; (II) Authorizing the Debtors to Continue Their Severance Program and to Make Payments Thereunder; (III) Authorizing the Debtors to Continue Their Existing Employee Compensation and Benefits Programs Post-Petition; and (IV) Granting Related Relief [Docket No. 9, 7/15/15]

    Status:  This matter will be going forward.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay or Honor Pre-Petition and Post-Petition (A) Obligations to Holders of Royalty Interests and Working Interests and (B) Lease Operating Expenses; and (II) Granting Related Relief [Docket No. 10, 7/15/15]

Status:  This matter will be going forward on an interim basis.

11. Motion for Entry of Interim and Final Orders Establishing Notice and Objection Procedures for Transfers of Equity Securities and for Trading in Claims Against the Debtors' Estates [Docket No. 11, 7/15/15]

Status:  This matter will be going forward on an interim basis.

12. Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507: (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Authorizing Use of Cash Collateral; (C) Granting Liens and Providing Super-Priority Administrative Expense Status; (D) Granting Adequate Protection; (E) Modifying Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief [Docket No. 12, 7/15/15]

Status:  This matter will be going forward on an interim basis.

Dated: Wilmington, Delaware
July 16, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
M. Blake Cleary (No. 3614)
Joel A. Waite (No. 2925)
Ryan M. Bartley (No. 4985)
Ian J. Bambrick (No. 5455)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and -

John F. Higgins
Eric M. English
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6687
Facsimile: (713) 226-6287

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

01:17098124.1