# Exhibit 2A

**Individual Ballot**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
: 
In re : Chapter 11
:
MILAGRO HOLDINGS, LLC, *et al.*, : Case No. 15-11520 (KG)
:
Debtors.[1] : Jointly Administered
:
:
:
---------------------------------------------------x

## CLASS 4 INDIVIDUAL BALLOT FOR ACCEPTING OR REJECTING DEBTORS' JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases are soliciting votes with respect to the *Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 64], dated July 22, 2015 (as it may be amended, modified, and/or supplemented from time to time, the "Plan")[2], pursuant to and as described in the *Disclosure Statement for Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 65], dated July 22, 2015 (as it may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement"). Please refer to the voting instructions below. If you have any questions about how to properly complete this Ballot, please contact Prime Clerk LLC by e-mail at Milagroinfo@primeclerk.com or by telephone at 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States..

This ballot ("Ballot") is being sent to you as the beneficial owner (the "Beneficial Owner") of certain 10.500% Senior Secured Second Lien Notes due May 11, 2016 (the "Notes") issued pursuant to that certain Indenture, dated as of May 11, 2011, by and among Milagro Oil & Gas, Inc., as issuer, the Debtor guarantor parties thereto and Wells Fargo Bank, N.A., as trustee and collateral agent (the "Second Lien Notes Trustee").[3] As such, you are the holder of a Notes Claim under the Plan. The Plan classifies Notes Claims in Class 4.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or in that certain Order, dated September 1, 2015 [Docket No. ___], approving, among other things, the Disclosure Statement (the "Disclosure Statement Order").

[3] The current Second Lien Notes Trustee is Wilmington Trust, National Association.

CUSIP 59870WAB8

01:17357986.7

The Plan will be accepted by Class 4 (Note Claims) if it is accepted by the holders of two-thirds in amount and more than one-half in number of the Notes Claims in Class 4 that vote on the Plan. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain from voting or reject the Plan, and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

To have your vote count, you must timely complete and return this Ballot to your registered broker, bank, commercial bank, transfer agent, trust company, dealer or other agent or nominee (each of the foregoing a "Nominee" and, collectively, the "Nominees") by the time set forth below:

**DEADLINE TO HAVE BALLOT RECEIVED BY NOMINEE: TO BE DETERMINED BY YOUR NOMINEE**

**VOTING DEADLINE: October 1, 2015 at 5:00 p.m. (prevailing Eastern Time)**

---

**IMPORTANT**

YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN. YOUR CLAIM HAS BEEN PLACED IN CLASS 4 (NOTES CLAIMS) UNDER THE PLAN.

PLEASE READ CAREFULLY AND FOLLOW THE ATTACHED INSTRUCTIONS FOR RETURNING YOUR BALLOT. YOU WILL HAVE RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR NOMINEE. PLEASE SEND YOUR BALLOT SO AS TO BE <u>RECEIVED</u> BY YOUR NOMINEE BY THE DATE AND TIME DETERMINED BY YOUR NOMINEE, SO THAT YOUR NOMINEE CAN PROCESS YOUR VOTE ON A MASTER BALLOT. YOU SHOULD NOT SEND YOUR BALLOT DIRECTLY TO THE VOTING AGENT. THE VOTING DEADLINE BY WHICH YOUR VOTE MUST BE RECEIVED BY THE VOTING AGENT VIA MASTER BALLOT IS 5:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 1, 2015, OR THE VOTES REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE CLAIMS AND VOTING AGENT, PRIME CLERK LLC, BY E-MAIL AT MILAGROINFO@PRIMECLERK.COM OR BY TELEPHONE AT 1 (844) 224-1138 FROM WITHIN THE UNITED STATES OR +1 (917) 962-8388 IF CALLING FROM OUTSIDE THE UNITED STATES.

---

Please note that you must vote the entire claim you hold to accept or reject the Plan. For purposes of tabulating the votes, you will be deemed to have voted the full amount of your claim in your vote. You may not split your vote. If you are submitting a vote with respect to any Notes that you own, you must vote all of your Notes in the same way (i.e., all "Accepts" or all "Rejects"). To the extent that you are voting on behalf of the actual Beneficial Owner, you must provide the name and address of the Beneficial Owner on this Ballot and may be required to submit evidence to the Debtors and the Bankruptcy Court demonstrating your authorization to vote on behalf of the Beneficial Owner. Authorized signatories voting on behalf of more than one Beneficial Owner must complete a separate Ballot for each Beneficial Owner.

01:17357986.7

You may receive multiple mailings containing Ballots, especially if you own your Notes through more than one Nominee. You should vote each Ballot that you receive for all of the Notes that you beneficially own through each Nominee.

You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

Item 1. *Principal Amount of Notes Claims.* The undersigned hereby certifies that as of August 28, 2015, the voting record date (the "Record Date"), the undersigned was the Beneficial Owner (or authorized signatory for a Beneficial Owner) of Notes in the following aggregate unpaid principal amount (insert amount in box below). **(If you do not know the amount, please contact your Nominee immediately.)**

$ _____

Item 2. *Vote on Plan.* The undersigned hereby votes a Class 4 Notes Claim as set forth in Item 1 to:

☐   ACCEPT the Plan

☐   REJECT the Plan

Item 3. *Opt-Out Election –*

**IMPORTANT INFORMATION REGARDING CERTAIN RELEASES BY HOLDERS OF CLAIMS AND INTERESTS**

IF YOU ARE A CONSENTING NOTEHOLDER, YOU ARE DEEMED A RELEASING PARTY AND HAVE GRANTED THE RELEASES SET FORTH IN ARTICLE VIII.E OF THE PLAN.

IF YOU ARE A NOTEHOLDER OTHER THAN A CONSENTING NOTEHOLDER AND WISH TO OPT OUT OF BEING A RELEASING PARTY AND GRANTING THE RELEASES SET FORTH IN ARTICLE VIII.E OF THE PLAN, YOU MUST AFFIRMATIVELY ELECT TO OPT OUT OF SUCH RELEASES BY CHECKING THE BOX BELOW. IF YOU DO NOT OPT OUT BY CHECKING THE BOX BELOW, YOU WILL BE DEEMED A RELEASING PARTY AND WILL GRANT THE RELEASES SET FORTH IN ARTICLE VIII.E OF THE PLAN. TO THE EXTENT THAT YOU DO NOT OPT OUT BY CHECKING THE BOX BELOW, YOU SHALL ALSO BE DEEMED A RELEASED PARTY AND WILL BE ENTITLED TO THE RELEASES SET FORTH IN ARTICLES VIII.D AND VIII.E OF THE PLAN. HOWEVER, IF YOU DO OPT OUT OF THE RELEASES, YOU WILL NOT BE CONSIDERED A RELEASED PARTY AND WILL NOT BE ENTITLED TO THE RELEASES SET FORTH IN ARTICLE VIII.D AND VIII.E OF THE PLAN.

☐   **The undersigned elects not to grant (OPTS OUT OF) the releases set forth in Article VIII.E of the Plan.**

01:17357986.7

Article VIII.E of the Plan provides as follows:

ON THE EFFECTIVE DATE, TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW AS DETERMINED BY THE BANKRUPTCY COURT, AS SUCH LAW MAY BE EXTENDED OR INTERPRETED SUBSEQUENT TO THE EFFECTIVE DATE, ALL RELEASING PARTIES, IN CONSIDERATION FOR THE OBLIGATIONS OF THE DEBTORS AND THE REORGANIZED DEBTOR UNDER THIS PLAN AND CONTRIBUTION AGREEMENT, AND OTHER CONTRACTS, INSTRUMENTS, RELEASES, AGREEMENTS, OR DOCUMENTS EXECUTED AND DELIVERED IN CONNECTION WITH THIS PLAN AND CONTRIBUTION AGREEMENT, WILL BE DEEMED TO FOREVER RELEASE AND WAIVE ALL CLAIMS, DEMANDS, DEBTS, RIGHTS, CAUSES OF ACTION, OR LIABILITIES (OTHER THAN THE RIGHT TO ENFORCE THE OBLIGATIONS OF ANY PARTY UNDER THIS PLAN OR THE CONTRIBUTION AGREEMENT, AND THE CONTRACTS, INSTRUMENTS, RELEASES, AGREEMENTS, AND DOCUMENTS DELIVERED UNDER OR IN CONNECTION WITH THIS PLAN OR THE CONTRIBUTION AGREEMENT), INCLUDING, WITHOUT LIMITATION, ANY CLAIM FOR ANY SUCH LOSS SUCH RELEASING PARTY MAY SUFFER, HAVE SUFFERED, OR BE ALLEGED TO SUFFER AS A RESULT OF THE DEBTORS COMMENCING THE CHAPTER 11 CASES OR AS A RESULT OF THIS PLAN OR THE CONTRIBUTION AGREEMENT TRANSACTION BEING CONSUMMATED, WHETHER LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, MATURED OR UNMATURED, KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, THEN EXISTING OR THEREAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE THAT ARE BASED IN WHOLE OR IN PART ON ANY ACT OR OMISSION, TRANSACTION, EVENT, OR OTHER OCCURRENCE FROM THE BEGINNING OF TIME THROUGH AND INCLUDING THE EFFECTIVE DATE IN ANY WAY RELATING TO THE DEBTORS, THE REORGANIZED DEBTOR, THE CHAPTER 11 CASES, THIS PLAN, OR THE DISCLOSURE STATEMENT AGAINST THE RELEASED PARTIES IN THEIR RESPECTIVE CAPACITIES AS SUCH. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL ANYTHING IN THIS PLAN BE CONSTRUED AS A RELEASE OF ANY ENTITY'S (OTHER THAN A DEBTOR'S) FRAUD, WILLFUL MISCONDUCT OR GROSS NEGLIGENCE. FURTHER, THIS RELEASE SHALL NOT APPLY TO OBLIGATIONS ARISING UNDER THE PLAN, THE CONTRIBUTION AGREEMENT, THE BACKSTOP COMMITMENT LETTER, OR THE RESTRUCTURING SUPPORT AGREEMENT.

ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, PURSUANT TO BANKRUPTCY RULE 9019, OF THIS THIRD PARTY RELEASE BY RELEASING PARTIES, WHICH INCLUDES BY REFERENCE EACH OF THE RELATED PROVISIONS AND DEFINITIONS CONTAINED IN THE PLAN, AND, FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THIS THIRD PARTY RELEASE IS: (I) IN EXCHANGE FOR THE GOOD AND VALUABLE CONSIDERATION PROVIDED BY THE RELEASING PARTIES; (II) IN THE BEST INTERESTS OF THE DEBTORS AND ALL HOLDERS OF CLAIMS AND INTERESTS; (III) FAIR, EQUITABLE, AND REASONABLE; (IV) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR HEARING; AND (V) A BAR TO ANY RELEASING PARTY ASSERTING ANY CLAIM RELEASED PURSUANT TO THIS THIRD PARTY RELEASE.

"*Released Parties*" means each of, and solely in its capacity as such, (i) the Debtors, (ii) the Reorganized Debtor; (iii) White Oak, (iv) the Initial Equity Holders and the Additional Equity Holders (each as defined in the Restructuring Support Agreement), (v) the Secured Lenders, (vi) Consenting Noteholders and any other Noteholder or Holders of Notes Claims who do not opt-out of the Third Party Release, (vii) the Second Lien Notes Trustee, (viii) the Administrative Agent, (ix) the Plan Release Consideration Recipients and (x) each of the foregoing Entities' respective current and former officers, directors, members, employees, partners, managers, advisors, attorneys, financial advisors, investment bankers, accountants, and other professionals and representatives, and each of their direct and indirect shareholders' and owners' respective officers, directors, members, employees, partners, managers, advisors, attorneys, financial advisors, investment bankers, accountants, and other professionals and representatives.

Item 4. *Certification as to Other Class 4 (Notes Claims) Held in Additional Accounts.* By signing and returning this Ballot, the undersigned certifies that either (a) it has not submitted any other Ballots for Class 4 Notes Claims held in other accounts or other record names, or (b) it has provided the information specified in the following table for all other Class 4 Notes Claims for which it has submitted additional Ballots, each of which indicates the same vote to accept or reject the Plan (please use additional sheets of paper if necessary).

**ONLY COMPLETE THIS SECTION IF YOU HAVE VOTED  
SEPARATE BALLOTS FOR OTHER CLASS 4 SENIOR SECURED NOTES**

| Name of Holder (Insert your name if Notes are held by you in record name or, if held in street name, insert name of Nominee) | Account Number (if applicable) | Principal Amount of Other Class 4 Notes Claims Voted | CUSIP of Other Class 4 Notes Voted |
|---|---|---|---|
| 1. | | $ | |
| 2. | | $ | |
| 3. | | $ | |
| 4. | | $ | |
| 5. | | $ | |

Item 5. *Authorization*. By returning this Ballot, the undersigned hereby certifies that (a) it was, as of the Record Date, either (i) the holder of the Notes Claims identified in Item 1 or (ii) the authorized signatory for the holder of the Notes Claims identified in Item 1, (b) it has received a copy of the Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, (c) it has cast the same vote with respect to all its Notes Claims, including any and all Notes Claims that may be voted pursuant to any additional Ballots; and (d) no other Ballots with respect to the Notes Claims identified in Item 1 have been cast or, if any other

Ballots have been cast with respect to such claims, then any such earlier received Ballots are hereby revoked.

| | |
|---|---|
| Name of Holder: | _____ (Print or Type) |
| Signature: | _____ |
| Name of Signatory: | _____ (If Other than Holder) |
| Capacity or Title: (if corporation, partnership or LLC) | _____ (If Appropriate) |
| Street Address: | _____ |
| City, State, Zip Code: | _____ |
| Telephone Number: | _____ |
| Email Address: | _____ |
| Date Completed: | _____ |

The Debtors expressly reserve the right to extend, by oral or written notice to the Claims and Voting Agent, the Voting Deadline until properly completed Ballots and Master Ballots (that are not subsequently revoked) indicating acceptance of the Plan in sufficient number and amount to meet the voting requirements prescribed by Bankruptcy Code Section 1126 have been received.

> **IMPORTANT NOTICE**
>
> Please be advised that Beneficial Owners of Notes Claims may be eligible to participate in a Rights Offering. You should receive a separate package with information regarding the Rights Offering (a "<u>Rights Offering Package</u>") from your Nominee. If you have not received a Rights Offering Package, please contact your Nominee immediately or contact the Claims and Voting Agent by calling 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States, or by emailing <u>milagroballots@primeclerk.com</u>.

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

The Debtors are soliciting your vote on the Plan described in and attached as Exhibit A to the Disclosure Statement accompanying this Ballot.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity or amount of any claim. This Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan. **DO NOT SUBMIT NOTES OR CERTIFICATES REPRESENTING NOTES WITH THIS BALLOT.** Neither the Debtors nor the Claims and Voting Agent will accept delivery of any Notes surrendered together with this Ballot.

To ensure your vote is counted, you must complete, sign and return this Ballot to your Nominee at the address set forth on the enclosed pre-addressed envelope or as otherwise instructed. **Unsigned ballots will not be counted.** Ballots must be received by your Nominee by **The Date Determined By Your Nominee**, so that your Nominee may process your Ballot, complete a Master Ballot and transmit such ballots to the Debtors' Claims and Voting Agent by the Voting Deadline, **October 1, 2015 at 5:00 p.m. (prevailing Eastern Time)**. If the Master Ballot transmitting your vote is received after the Voting Deadline, it will not be counted. Except as otherwise provided herein, such delivery will be deemed made only when the original executed Master Ballot is actually received by the Claims and Voting Agent. In all cases, sufficient time should be allowed to assure timely delivery. **Ballots delivered by facsimile, e-mail or other means of electronic submission will not be accepted and will not be counted.** No Ballot should be sent to the Debtors, any indenture trustee, or any financial or legal advisor of the Debtors.

**If you believe that you have received the wrong Ballot, please contact the Claims and Voting Agent, Prime Clerk LLC, by e-mail at Milagroballots@primeclerk.com or by telephone at 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States, or your Nominee, immediately.**

To complete this Ballot properly, take the following steps:

(a) Make sure that the information required by Item 1 has been inserted. If you do not know the principal amount of your Notes, please contact your Nominee or the Claims and Voting Agent immediately.

(b) Cast your vote either to accept or reject the Plan by checking the proper box in Item 2. Ballots of holders of Notes that are signed and returned, but not expressly voted for acceptance or rejection or both acceptance and rejection of the Plan, will be counted as acceptances of the Plan.

(c) If you voted to reject the Plan or did not vote to reject or accept the Plan, review the optional opt-out election disclosure in Item 3 of the Ballot, and determine whether you will

CUSIP 59870WAB8

01:17357986.7

check the box to opt out of the Plan's release provisions by checking the box in Item 3. If you vote to accept the Plan and/or are a signatory to the Restructuring Support Agreement, you may not opt out of the releases in Item 3.

      (d)      Provide the information required by Item 4, if applicable to you.

      (e)      Read Item 5 carefully and verify that the statement set forth therein are correct.

      (f)      Sign and date this Ballot.

      (g)      If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

      (h)      Provide your name and mailing address (i) if different from the printed address that appears on the Ballot or (ii) if no pre-printed address appears on the Ballot.

      (i)      Return this Ballot to your Nominee using the enclosed return envelope, if any, or as otherwise instructed.

PLEASE MAIL THIS BALLOT PROMPTLY.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES PLEASE CONTACT THE CLAIMS AND VOTING AGENT BY E-MAIL AT MILAGROBALLOTS@PRIMECLERK.COM OR BY TELEPHONE AT 1 (844) 224-1138 FROM WITHIN THE UNITED STATES OR +1 (917) 962-8388 IF CALLING FROM OUTSIDE THE UNITED STATES.**