## Exhibit 2B

## Master Ballot

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
:
In re                                        :   Chapter 11
:
MILAGRO HOLDINGS, LLC, *et al.*,             :   Case No. 15-11520 (KG)
:
Debtors.[1]                                  :   Jointly Administered
:
:
:
---------------------------------------------x

CLASS 4 (NOTES CLAIMS) MASTER BALLOT FOR ACCEPTING OR
REJECTING DEBTORS' JOINT PLAN OF REORGANIZATION PURSUANT TO
CHAPTER 11 OF THE BANKRUPTCY CODE

MASTER BALLOT FOR VOTING CLAIMS IN CLASS 4 (NOTES CLAIMS)

PLEASE READ AND FOLLOW THE INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS MASTER BALLOT AND RETURN IT TO PRIME CLERK, LLC (THE "CLAIMS AND VOTING AGENT") BY FIRST CLASS OR OVERNIGHT MAIL, HAND DELIVERY OR COURIER TO: MILAGRO BALLOT PROCESSING C/O PRIME CLERK LLC, 830 THIRD AVENUE, 3RD FLOOR NEW YORK, NY 10022.[2] IF THIS MASTER BALLOT HAS NOT BEEN RECEIVED BY THE CLAIMS AND VOTING AGENT BY OCTOBER 1, 2015 AT 5:00 P.M. (PREVAILING EASTERN TIME) (THE "VOTING DEADLINE"), UNLESS SUCH TIME IS EXTENDED BY THE DEBTORS, THE VOTES OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE CLAIMS AND VOTING AGENT BY THE VOTING DEADLINE.

    The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases are soliciting votes with respect to the *Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 64], dated July 22,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

[2] In accordance with the order approving the Disclosure Statement (as defined below), Broadridge Financial Solutions shall be permitted to return its Master Ballot to the Claims and Voting Agent via electronic mail.

1

2015 (as it may be amended, modified, and/or supplemented from time to time, the "Plan")[3], pursuant to and as described in the *Disclosure Statement for Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 65], dated July 22, 2015, (as it may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement"). Please refer to the voting instructions below. If you have any questions about how to properly complete this master ballot (the "Master Ballot"), please contact Prime Clerk LLC by e-mail at milagroinfo@primeclerk.com or by telephone at 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States.

This Master Ballot is to be used by you, as registered broker, bank, commercial bank, transfer agent, trust company, dealer or other agent or nominee (each of the foregoing a "Nominee" and, collectively, the "Nominees") for certain beneficial owners (the "Beneficial Owners") of certain of the 10.500% Senior Secured Second Lien Notes due May 11, 2016 (the "Notes") issued pursuant to that Indenture, dated as of May 11, 2011 (as amended, modified or otherwise supplemented), by and among Milagro Oil & Gas, Inc., as issuer, the Debtor guarantor parties thereto and Wells Fargo Bank, N.A., as trustee and collateral agent (the "Second Lien Notes Trustee")[4], to transmit the votes of the Beneficial Owners in respect of their Notes Claims to accept or reject the Plan. The Notes Claims are classified in the Plan as Class 4. The Bankruptcy Court has approved the Disclosure Statement, which provides information to assist the Beneficial Owners in deciding how to vote on the Plan. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court. The Disclosure Statement and Plan may be examined by accessing the website http://cases.primeclerk.com/milagro. In addition, you may obtain a copy of the Disclosure Statement by contacting the Claims and Voting Agent at 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States or by emailing milagroballots@primeclerk.com.

You ("You," "YOU" or "you"), as the Nominee of certain Notes, must deliver the completed, executed Master Ballot so that it is actually *received* by the Claims and Voting Agent on or before the Voting Deadline. For each completed, executed ballot returned to you by a Beneficial Owner ("Ballot"), you must retain such Ballot in your files for one year from the Voting Deadline.

**Item 1. CERTIFICATION OF AUTHORITY TO VOTE.** The undersigned certifies that as of August 28, 2015 (the "Record Date"), the undersigned (please check applicable box):

☐ Is a registered broker, bank, commercial bank, transfer agent, trust company, dealer or other agent or nominee for the Beneficial Owners of the aggregate principal amount of Notes listed in Item 2, and is the registered holder of such securities; or

☐ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a registered broker, bank, commercial bank, transfer agent, trust

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or in that certain Order, dated September 1, 2015 [Docket No. ___], approving, among other things, the Disclosure Statement (the "Disclosure Statement Order").

[4] The current Second Lien Notes Trustee is Wilmington Trust, National Association.

company, dealer or other agent or nominee for the Beneficial Owners that is the registered holder of the aggregate principal amount of Notes listed in Item 2; or

☐ Has been granted a proxy (an original of which is attached hereto) from a registered broker, bank, commercial bank, transfer agent, trust company, dealer or other agent or nominee for the Beneficial Owners that is the registered holder of the aggregate principal amount of Notes listed in Item 2;

and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Owners of the Notes described below in Item 3.

**Items 2 and 3.    TABULATION OF CLASS 4 (NOTES CLAIMS).**

The undersigned transmits the following votes of Beneficial Owners of Class 4 Notes Claims, and certifies that the following Beneficial Owners of Notes, as identified by their respective customer account numbers or other unique identifier set forth below, are Beneficial Owners of such securities as of the Record Date and have delivered to the undersigned, as Nominee, Ballots casting such votes or have communicated instructions for such votes by other means according to customary practices.

Indicate in the appropriate column below the aggregate principal amount voted for each account as provided in Item 2 of the Ballot, or attach such information to this Master Ballot in the form of the following table. Please note that each Beneficial Owner of Notes who votes must vote all the Notes owned by such Beneficial Owner. For purposes of tabulating the vote, each Beneficial Owner who votes should be deemed to have voted the full principal amount of Notes owned by such Beneficial Owner according to your records. A Beneficial Owner may not split the vote and, accordingly, a Ballot received from a Beneficial Owner that partially accepts and partially rejects the Plan shall not be counted. In addition, a Ballot of a Beneficial Owner that is signed and neither accepts nor rejects or both accepts and rejects the Plan shall not be counted.

In addition, please indicate in the appropriate column whether each Beneficial Owner returned a completed Ballot indicating the choice to OPT OUT of the Releases contained under Article VIII.E of the Plan as indicated under Item 3 of the Ballot.

| ITEMS 2 AND 3 OF BALLOTS SUBMITTED BY BENEFICIAL OWNERS | | | | |
|---|---|---|---|---|
| Your Customer Name and/or Account Number for Each Beneficial Owner of Notes Voting | Item 2. Vote on Plan | | | Item 3. (Optional) Opt-Out Election |
| | Principal Amount of Notes Voted to Accept (For) the Plan | OR | Principal Amount of Notes Voted to Reject (Against) the Plan | Check if the Beneficial Owner Checked the box in Item 3 of the Beneficial Owner's Ballot |
| 1. | $ | OR | $ | ☐ |
| 2. | $ | OR | $ | ☐ |
| 3. | $ | OR | $ | ☐ |
| 4. | $ | OR | $ | ☐ |
| 5. | $ | OR | $ | ☐ |
| TOTALS | $ | | $ | |

**Item 4. ADDITIONAL BALLOTS SUBMITTED BY BENEFICIAL OWNERS.** The undersigned certifies that it has transcribed below the information, if any, provided in Item 4 of each Ballot received from a Beneficial Owner.

| Customer Name and/or Account Number for Each Beneficial Owner of Notes | TRANSCRIBE FROM ITEM 4 OF BENEFICIAL OWNER BALLOT | | | |
|---|---|---|---|---|
| | Name of Holder | Account Number (if applicable) | Principal Amount of Other Notes Claims Voted | CUSIP of Other Notes Voted |
| 1. | | | $ | |
| 2. | | | $ | |
| 3. | | | $ | |
| 4. | | | $ | |
| 5. | | | $ | |

**Item 5. CERTIFICATION.** By signing this Master Ballot, the undersigned certifies that: (a) each Beneficial Owner of the Notes whose votes are being transmitted by this Master Ballot has been provided with a copy of the Solicitation Package, including the Disclosure Statement; and (b) it is the registered holder of the Notes to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Plan and to opt out of the releases pursuant to Article VIII.E of the Plan. The undersigned also acknowledges that the solicitation of votes in Class 4 (Notes Claims) to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement Order.

| | |
|---|---|
| Name of Bank, Broker or Other Nominee: | |
| | (Print or Type) |
| Participant Number: | |
| Name of Proxy Holder or Agent for Bank, Broker or Other Nominee: | |
| | (Print or Type) |
| Signature: | _____ |
| Name: | _____ |
| Title: | _____ |
| Street Address: | _____ |
| City, State, Zip Code: | _____ |
| Telephone Number: | _____ |
| Email Address: | _____ |
| Date Completed: | _____ |

**In order to vote Class 4 (Notes Claims) to accept or reject the Plan, please complete, sign, and date this Master Ballot and promptly return it to the Claims and Voting Agent at the following address so as to be received on or prior to the Voting Deadline or your customer's votes will not be counted: MILAGRO BALLOT PROCESSING C/O PRIME CLERK LLC, 830 THIRD AVENUE, 3RD FLOOR NEW YORK, NY 10022.**

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED, UNLESS THE DEBTORS DETERMINE OTHERWISE (IN CONSULTATION WITH THE CONSENTING NOTEHOLDERS), OR AS OTHERWISE PERMITTED IN ACCORDANCE WITH THE ORDER APPROVING THE DISCLOSURE STATEMENT.**

## ADDITIONAL INFORMATION

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THIS MASTER BALLOT, THE BALLOT FOR BENEFICIAL OWNERS OR THE OTHER MATERIALS, PLEASE CONTACT THE CLAIMS AND VOTING AGENT, PRIME CLERK LLC, BY E-MAIL AT MILAGROBALLOTS@PRIMECLERK.COM OR BY TELEPHONE AT 1 (844) 224-1138 FROM WITHIN THE UNITED STATES OR +1 (917) 962-8388 IF CALLING FROM OUTSIDE THE UNITED STATES.

---

### IMPORTANT NOTICE

Please be advised that Beneficial Owners of Notes Claims may be eligible to participate in a Rights Offering. You should receive a separate package with information regarding the Rights Offering (a "Rights Offering Package"). If you have not received a Rights Offering Package, please contact the Claims and Voting Agent by calling 1 (844) 224-1138 from within the United States or +1 (917) 962-8388 if calling from outside the United States, or by emailing milagroballots@primeclerk.com.

## INSTRUCTIONS FOR COMPLETING THIS MASTER BALLOT

The Debtors are soliciting your customers' votes on the Plan, described in and annexed as Exhibit A to the Disclosure Statement accompanying this Master Ballot.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**VOTING DEADLINE:**

To have the votes of your customers count, you must complete, sign and return this Master Ballot so that it is RECEIVED by the Claims and Voting Agent, Prime Clerk LLC, by 5:00 p.m. (prevailing Eastern Time), on October 1, 2015 (the "Voting Deadline"). **Unsigned Master Ballots will not be counted.**

Accordingly, you should immediately transmit the enclosed Solicitation Packages, including individual Ballots, to the record Beneficial Owners of the Notes as of August 28, 2015, either with (i) a return envelope addressed to you with instructions that the holders of the Notes Claims return their individual Ballots to you so as to be received by a date you determine that will afford you sufficient time to process such votes on a Master Ballot and return the Master Ballot to the Claims and Voting Agent so that it is actually received by the Voting Deadline or (ii) a pre-validated Ballot and a return envelope addressed to the Claims and Voting Agent with instructions to return the pre-validated Ballot directly to the Claims and Voting Agent so that it is actually received by the Voting Deadline..

**Ballots will not be accepted by facsimile transmission, email, or any other electronic method (except in accordance with the order approving the Disclosure Statement).**

**HOW TO VOTE:**

If you are **both** the registered or record holder *and* the Beneficial Owner of any Notes and you wish to vote such Notes, you may complete a Ballot or a Master Ballot.

You must properly complete the Master Ballot as follows:

i. Record the votes to accept (for) or reject (against) the Plan and optional opt-out elections in Items 2 and 3 for the Notes held by you as the Nominee or proxy holder on behalf of the Nominee. Ballots of Beneficial Owners that are signed and returned, but not expressly voted for acceptance or rejection of or voted to both accept and reject the Plan, shall not be counted;

ii. Provide appropriate information for each of the items on this Master Ballot. Please note that Items 2, 3 and 4 request information for each individual Beneficial Owner for whom you are voting Notes in your name. If you are unable to disclose the identity of such Beneficial Owners, please use the customer account number assigned by you to each such Beneficial

8

Owner or, if no such customer account number exists, please use a unique identifier for such customer (making sure to retain a separate list of each Beneficial Owner and his or her assigned unique identified and retain such list for at least one (1) year following the Voting Deadline);

iii. Fill in the information requested in Item 4 for each Beneficial Owner that completed Item 4 of the Beneficial Owner Ballot, if applicable;

iv. Read Item 5 carefully and verify that the statements set forth therein are correct;

v. Sign and date the Master Ballot;

vi. Independently verify and confirm the accuracy of the information provided with respect to each Beneficial Owner of Notes;

vii. If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

viii. You must deliver the completed, executed Master Ballot so that it is actually *received* by the Voting and Claims Agent on or before the Voting Deadline. For each completed, executed Ballot returned to you by a Beneficial Owner, you must retain the original Ballot in your files for one year from the Voting Deadline;

ix. Votes cast by Holders of Notes Claims through Nominees will be applied to the applicable positions held by such Nominees as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a Nominee shall not be counted in excess of the amount of public securities held by such Nominee as of the Record Date;

x. To the extent that conflicting votes or "overvotes" are submitted by a Nominee, the Claims and Voting Agent shall use reasonable efforts to reconcile discrepancies with the Nominee;

xi. To the extent that overvotes are submitted by a Nominee which are not reconciled prior to the preparation of the certification of vote results, the votes to accept and to reject the Plan shall be applied in the same proportion as the votes to accept and to reject the Plan submitted by the Nominee, but only to the extent of the Nominee's Record Date position in the public securities;

xii. For the purposes of tabulating votes, each Beneficial Owner shall be deemed (regardless of whether such holder includes interest in the amount voted on its Ballot) to have voted only the principal amount of its public

securities; any principal amounts thus voted may be thereafter adjusted by the Claims and Voting Agent, on a proportionate basis to reflect the corresponding claim amount, including any accrued but unpaid prepetition interest, with respect to the securities thus voted; and

xiii. A single Nominee may complete and deliver to the Claims and Voting Agent multiple Master Ballots. Votes reflected on multiple Master Ballots shall be counted except to the extent that they are duplicative of other master ballots. If two or more master ballots are inconsistent, the last properly completed Master Ballot received prior to the Voting Deadline shall, to the extent of such inconsistency, supersede any prior received Master Ballot.

Deliver this Master Ballot received from Beneficial Owners to the Claims and Voting Agent by the Voting Deadline at the following address:

**MILAGRO BALLOT PROCESSING
C/O PRIME CLERK LLC
830 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10022.**

PLEASE NOTE:

This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Claims and Voting Agent will not accept delivery of any such certificates surrendered together with a Master Ballot or Ballot.

No Ballot or Master Ballot shall constitute or be deemed to be a proof of Claim or Equity Interest or an assertion of a Claim or Equity Interest.

No fees or commissions or other remuneration will be payable to any Nominee. Upon written request, however, the Debtors will reimburse you for reasonable, actual, and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the Ballots, and the completion of this Master Ballot, as set forth in the Disclosure Statement Order.

PLEASE MAIL THIS MASTER BALLOT PROMPTLY.

IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE, THAT YOU HAVE RECEIVED THE WRONG BALLOT OR MASTER BALLOT, OR IF YOU HAVE QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, BALLOTS OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE CLAIMS AND VOTING AGENT AT 1 (844) 224-1138 FROM WITHIN THE UNITED STATES OR +1 (917) 962-8388 IF CALLING FROM OUTSIDE THE UNITED STATES OR EMAIL MILAGROBALLOTS@PRIMECLERK.COM.  DO NOT CONTACT THE CLAIMS AND VOTING AGENT FOR LEGAL ADVICE.  THE CLAIMS AND VOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.