IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
:
In re                                          :     **Chapter 11**
:
**MILAGRO HOLDINGS, LLC,** *et al.*,           :     **Case No. 15-11520 (KG)**
:
Debtors.[1]                                    :     **Jointly Administered**
:
:     **RE: Docket No. 305**
---------------------------------------------------x

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,
(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on October 8, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") confirmed the *Debtors' Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code*, dated September 1, 2015, pursuant to the *Order Confirming Debtors' Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Dated September 1, 2015* [Docket No. 305] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date, as defined in the Plan, occurred on **October 30, 2015**.

**PLEASE TAKE FURTHER NOTICE** that on the Effective Date, the Debtors closed on the transaction pursuant to the Contribution Agreement (a copy of which is attached to the Plan as Exhibit 1), thereby transferring substantially all of their assets to White Oak in accordance therewith, free and clear of all Liens, Claims, charges, or other encumbrances, except where expressly preserved in the Contribution Agreement.

**PLEASE TAKE FURTHER NOTICE** that the release, exculpation, discharge, and injunction provisions set forth in Article VIII of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article V.D of the Plan, all Executory Contracts and Unexpired Leases were rejected under the Plan unless a particular

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

Executory Contract or Unexpired Lease (i) is a Desired 365 Contract (a schedule of the Desired 365 Contracts was attached to the Confirmation Order as Exhibit A), (ii) is the Restructuring Support Agreement, (iii) is the Contribution Agreement, (iv) is another contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan, or (v), if not designated as a Desired 365 Contract, has previously been assumed or assumed and assigned or is subject to a motion to assume or assume and assign.  Unless otherwise provided by a Final Order of the Bankruptcy Court, any Proofs of Claim based on the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan or otherwise must be filed with the Bankruptcy Court and served on the Reorganized Debtor no later than the earlier of:  (a) **NOVEMBER 30, 2015** (the first Business Day that is 30 days after the Effective Date); and (b) 30 days after the effective date of the rejection of such Executory Contract or Unexpired Lease.  If you timely assert a Claim arising from the rejection of an Executory Contract or Unexpired Lease, you will receive a Release Consideration Notice permitting you to elect to grant the GUC Third Party Consent and, in exchange, receive a GUC Settlement Payment to the extent your claim is ultimately Allowed.

**PLEASE TAKE FURTHER NOTICE that any Holders of Claims arising from the rejection of an Executory Contract or Unexpired Lease for which Proofs of Claims were not timely Filed as set forth above shall not (1) be treated as a creditor with respect to such Claim and (2) participate in any distribution in the Chapter 11 Cases on account of such Claim, and any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the Reorganized Debtor, the Debtors' Estates, or the property for any of the foregoing without the need for any objection by the Debtors or the Reorganized Debtor, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully compromised, settled, and released, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Bankruptcy Court, the deadline for filing requests for payment of Administrative Claims, including Professional Fee Claims, shall be **November 30, 2015** (which is the first Business Day that is 30 days after the Effective Date) (the "<u>Administrative Claims Bar Date</u>").  All professionals must file final requests for payment of Professional Fee Claims by no later than the Administrative Claims Bar Date to receive final approval of the fees and expenses incurred in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtor, any Holder of a Claim or Equity Interest, and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order, and any other related documents also may be obtained by contacting Prime Clerk, LLC ("<u>Prime Clerk</u>"), the administrative advisor retained by the Debtors in the chapter 11 cases, by:

(i) accessing the Debtors' restructuring website at http://cases.primeclerk.com/milagro; (ii) telephoning Prime Clerk at 1-844-224-1138 (U.S.) or 1-917-962-8388 (International); or (iii) making a request via first class or overnight mail to Milagro Holdings Ballot Processing c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, New York 10022.  You may also obtain such materials for a fee via PACER at http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to receive notice of pleadings filed in the Chapter 11 Cases after the Effective Date, you must request notice pursuant to Bankruptcy Rule 2002.

| | |
|---|---|
| Dated: October 30, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>M. Blake Cleary (No. 3614)<br>Joel A. Waite (No. 2925)<br>Ryan M. Bartley (No. 4985)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>-and-<br><br>John F. Higgins<br>Eric M. English<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>Telephone: (713) 226-6687<br>Facsimile: (713) 226-6287<br><br>*Counsel for the Debtors* |