# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MILAGRO HOLDINGS, LLC,** *et al.*, | : Case No. 15-11520 (KG) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |
| | : Docket Ref. Nos. 305 & 509 |
| | : |

----------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MILAGRO HOLDINGS, LLC,** | : Case No. 15-11520 (KG) |
| | : |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-1307232 | : |

----------------------------------------------------------x

|  |  |
|---|---|
| In re | : |
| | : Chapter 11 |
| **MILAGRO OIL & GAS, INC.,** | : |
| | : Case No. 15-11521 (KG) |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-1307173 | : |

----------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MILAGRO EXPLORATION, LLC,** | : Case No. 15-11522 (KG) |
| | : |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-1309260 | : |

----------------------------------------------------------x

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. n/k/a MWO Holdings, LLC (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

```
------------------------------------------------------ x
In re                                      :    Chapter 11

MILAGRO PRODUCING, LLC,                    :    Case No. 15-11523 (KG)
                                           :
        Debtor.                            :
                                           :
Employer Tax I.D. No. 26-1309330           :
                                           :
-----------------------------------------------x
                                           :    Chapter 11
In re                                      :
                                           :    Case No. 15-11524 (KG)
MILAGRO MID-CONTINENT, LLC,                :
                                           :
        Debtor.                            :
                                           :
Employer Tax I.D. No. 27-3168804           :
-----------------------------------------------x
                                           :
In re                                      :    Chapter 11
                                           :
MILAGRO RESOURCES, LLC,                    :    Case No. 15-11525 (KG)
                                           :
        Debtor.                            :
                                           :
Employer Tax I.D. No. 27-2326134           :
-----------------------------------------------x
```

## FINAL DECREE CLOSING CERTAIN CASES
## AND AMENDING CAPTION OF REMAINING CASE

Upon consideration of the Certification of Counsel,[2] filed on behalf of the above-
captioned debtors (collectively, the "Debtors"), requesting entry of (i) a final decree order
closing the chapter 11 cases of certain of the Debtors as of the Effective Date and (ii) an order
amending the case caption of the remaining case of the Reorganized Debtor; and the Court
having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended
Standing Order of Reference* from the United States District Court for the District of Delaware

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of
Counsel.

dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      Each of the following cases (the "Closing Cases") shall be closed, effective as of the Effective Date of the Plan (*i.e.*, October 30, 2015):

- Milagro Holdings, LLC, Case No. 15-11520 (KG);

- Milagro Exploration, LLC, Case No. 15-11522 (KG);

- Milagro Producing, LLC, Case No. 15-11523 (KG);

- Milagro Mid-Continent, LLC, Case No. 15-11524 (KG); and

- Milagro Resources, LLC, Case No. 15-11525 (KG)

2.      This Order shall be entered on the docket of each of the Closing Cases.

3.      Entry of this Order is without prejudice to (a) the rights of any Debtor or other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the right of the Reorganized Debtor, on behalf of any Debtor, to dispute, object to or resolve all claims that were filed against the Debtors in the chapter 11 cases.

4.      The Reorganized Debtor's case shall no longer be jointly-administered with Milagro Holdings, LLC and, instead, shall be administered under the following caption:

01:17916373.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
MILAGRO OIL & GAS, INC., n/k/a MWO      :    Case No. 15-11521 (KG)
Holdings, LLC,                          :
                                        :
             Reorganized Debtor.¹       :
                                        x
```
-----------------------------------------------------------

1.      The last four digits of the Reorganized Debtor's federal tax identification number are 7173, and the Reorganized Debtor's mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of October 30, 2015: Milagro Holdings, LLC (7232); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). [*See* Chapter 11 Case No. 15-11520, Docket No. __].

5.      All pending and future matters relating to each of the Debtors, including objections to claims and final fee applications, shall be administered and heard in the Remaining Case.

6.      The Reorganized Debtor shall make payments of U.S. Trustee fees payable pursuant to 28 U.S.C. § 1930, in accordance with the terms of the Plan and Confirmation Order.

Dated: April **4**, 2016
       Wilmington, Delaware

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE